# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JACKALLISA WESLEY, Individually, and on behalf of herself and others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 2:24-cv-02620-TLP-atc<br>) |
| ELITE ONE PROTECTION SERVICES, LLC and JUAN C. SETTLES, Individually, | )<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's Complaint filed on September 4, 2024. (ECF No. 1.) In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 14), and under Federal Rules of Civil Procedure 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

April 14, 2025
Date